B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re  **Office Source, Inc.**                              Case No. _____
                                    Debtor(s)               Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PERFORMANCE OFFICE FURNISHINGS<br>2622 NOOTKA STREET<br>VANCOUVER<br>BC CANADA, . V5M 3M5 | PERFORMANCE OFFICE FURNISHINGS<br>2622 NOOTKA STREET<br>VANCOUVER<br>BC CANADA, . V5M 3M5 | Product Supplier | | 2,426,501.46 |
| HON COMPANY<br>P.O. BOX 404422<br>ATLANTA, GA 30384-4422 | HON COMPANY<br>P.O. BOX 404422<br>ATLANTA, GA 30384-4422 | Product Supplier | | 1,320,044.30 |
| NORSTAR<br>BOSS-IMPORTS<br>5353 JILLSON ST<br>COMMERCE, CA 90040 | NORSTAR<br>BOSS-IMPORTS<br>5353 JILLSON ST<br>COMMERCE, CA 90040 | Product Supplier | | 598,214.94 |
| DMI FURNITURE, INC.<br>9780 ORMSBY STATION ROAD<br>SUITE 200<br>LOUISVILLE, KY 40223 | DMI FURNITURE, INC.<br>9780 ORMSBY STATION ROAD<br>SUITE 200<br>LOUISVILLE, KY 40223 | Product Supplier | | 498,900.21 |
| NATIONAL OFFICE FURNITURE CO.<br>P O BOX 66070<br>INDIANAPOLIS, IN 46266 | NATIONAL OFFICE FURNITURE CO.<br>P O BOX 66070<br>INDIANAPOLIS, IN 46266 | Product Supplier | | 349,441.90 |
| RUDNICK OFFICE FURN<br>Rua Alexandre Schlemm, 63-Oxford<br>Sao Bento do Sul-SC   08929 | RUDNICK OFFICE FURN<br>Rua Alexandre Schlemm, 63-Oxford<br>Sao Bento do Sul-SC   08929 | Product Supplier | | 335,294.78 |
| ICEBERG ENTERPRISES<br>1300 W HIGGINS ROAD<br>STE 111<br>PARK RIDGE, IL 60068 | ICEBERG ENTERPRISES<br>1300 W HIGGINS ROAD<br>STE 111<br>PARK RIDGE, IL 60068 | Product Supplier | | 331,569.53 |
| FIRE KING INTERNATIONAL LLC<br>101 SECURITY PARKWAY<br>NEW ALBANY, IN 47150 | FIRE KING INTERNATIONAL LLC<br>101 SECURITY PARKWAY<br>NEW ALBANY, IN 47150 | Product Supplier | | 330,885.02 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Office Source, Inc.**  _____     Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| TECSYS<br>87 PRINCE STREET<br>5TH FLOOR<br>MONTREAL, QUEBEC, CN H3C 2M7 | TECSYS<br>87 PRINCE STREET<br>5TH FLOOR<br>MONTREAL, QUEBEC, CN H3C 2M7 | Software Vendor | | 221,834.12 |
| GBC OFFICE PRODUCTS GROUP<br>5700 OLD ORCHARD ROAD<br>SKOKIE, IL 60077 | GBC OFFICE PRODUCTS GROUP<br>5700 OLD ORCHARD ROAD<br>SKOKIE, IL 60077 | Product Supplier | | 170,338.35 |
| VIRCO INC<br>19,39OX 5000<br>CONWAY, AR 72032 | VIRCO INC<br>19,39OX 5000<br>CONWAY, AR 72032 | Product Supplier | | 136,249.30 |
| RYDER TRUCK RENTAL INC<br>4150 HOLLY STREET<br>DENVER, CO 80204 | RYDER TRUCK RENTAL INC<br>4150 HOLLY STREET<br>DENVER, CO 80204 | Product Supplier | | 107,126.28 |
| BEST METAL CABINETS<br>1615 WELCH STREET<br>P O BOX 217<br>BROWNSVILLE, TN 38012-0217 | BEST METAL CABINETS<br>1615 WELCH STREET<br>P O BOX 217<br>BROWNSVILLE, TN 38012-0217 | Product Supplier | | 103,241.34 |
| VAN GILDER INSURANCE CORP<br>1515 WYNKOOP<br>SUITE 200<br>DENVER, CO 80202 | VAN GILDER INSURANCE CORP<br>1515 WYNKOOP<br>SUITE 200<br>DENVER, CO 80202 | Insurance Premiums | | 94,354.00 |
| MARTIN FURNITURE<br>2345 BRITTANNIA BLVD<br>SAN DIEGO, CA 92154 | MARTIN FURNITURE<br>2345 BRITTANNIA BLVD<br>SAN DIEGO, CA 92154 | Product Supplier | | 87,530.26 |
| MLP SEATING CO<br>2125 LIVELY BLVD<br>ELK GROVE VILLAGE, IL 60007-5207 | MLP SEATING CO<br>2125 LIVELY BLVD<br>ELK GROVE VILLAGE, IL 60007-5207 | Product Supplier | | 79,498.00 |
| LA-Z-BOY CHAIR CO<br>1300 NORTH BROAD STREET<br>LELAND, MS 38756 | LA-Z-BOY CHAIR CO<br>1300 NORTH BROAD STREET<br>LELAND, MS 38756 | Product Supplier | | 76,988.00 |
| NATALEX<br>25 MILLING ROAD<br>CAMBRIGDE, ON N3C 1C3 | NATALEX<br>25 MILLING ROAD<br>CAMBRIGDE, ON N3C 1C3 | Product Supplier | | 76,893.28 |
| HEIN & ASSOCIATES LLP<br>717 17TH STREET<br>SUITE 1600<br>DENVER, CO 80202 | HEIN & ASSOCIATES LLP<br>717 17TH STREET<br>SUITE 1600<br>DENVER, CO 80202 | Professional Fees | | 76,511.01 |
| DATUM FILING SYSTEMS INC<br>89 CHURCH STREET<br>EMIGSVILLE, PA 17318-0355 | DATUM FILING SYSTEMS INC<br>89 CHURCH STREET<br>EMIGSVILLE, PA 17318-0355 | | | 75,050.18 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Office Source, Inc.**                                    Case No.  _____

                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 20, 2009**               Signature   **/s/ R. Todd Elmers**
                                                        **R. Todd Elmers**
                                                        **CEO**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C. §§ 152 and 3571.