# United States Bankruptcy Court
## District of Colorado

In re   **Office Source, Inc.**                                       Case No. _____

                                                    Debtor

                                                                        Chapter_____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Beck, Thomas G.**<br>**12584 Flagg Drive**<br>**Lafayette, CO 80026** | | **32,000 option shares** | **Option Grantholder** |
| **Colberg, Stig A. - Director (CIRI)**<br>**2525 C Street, Suite 500**<br>**P.O. Box 93330**<br>**Anchorage, AK 99509-3330** | | **0.00%** | **Director** |
| **Cook Inlet Region, Inc. (CIRI)**<br>**2525 C Street, Suite 500**<br>**P.O. Box 93330**<br>**Anchorage, AK 99509-3330** | | **68.16%** | **Shareholder** |
| **Elmers, Robert Todd - President**<br>**10901 W. 120th Ave.**<br>**Suite 120**<br>**Broomfield, CO 80021** | | **3.33%** | **Shareholder, Director, Officer/CEO** |
| **Ewing, James D. - VP, GM**<br>**1020 Franklin Dr.**<br>**Smock, PA 15401** | | **0.26%** | **Shareholder** |
| **Forrest, Binkley & Brown Capital Ptnrs**<br>**19800 MacArthur Blvd.**<br>**Suite 690**<br>**Irvine, CA 92612** | | **23.82%** | **Shareholder** |
| **Hagen, Karl - VP, GM**<br>**18221 Andover Park West**<br>**Seattle, WA 98188** | | **0.16%** | **Shareholder** |
| **Johnson, Steven**<br>**9440 Owl Lane**<br>**Boulder, CO 80301** | | **15,000 option shares** | **Option Grantholder** |
| **Jones, Felton - VP, GM**<br>**161 Main Ave.**<br>**Sacramento, CA 95838** | | **0.26%** | **Shareholder** |
| **Kaul, Ashish - Director (FBB)**<br>**19800 MacArthur Blvd.**<br>**Suite 690**<br>**Irvine, CA 92612** | | **0.00%** | **Director** |

_**1**_____ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Office Source, Inc.**                                               Case No._____

,
                                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Millett, Jr., Richard L. - Sec.**<br>**10901 W. 120th Ave.**<br>**Suite 120**<br>**Broomfield, CO 80021** | | **2.66%** | **Shareholder, Director, Officer/CFO** |
| **Minich, Sophie - Director (CIRI)**<br>**2525 C Street, Suite 500**<br>**P.O. Box 93330**<br>**Anchorage, AK 99509-3330** | | **0.00%** | **Director** |
| **Morrison, Jr., Rogers - VP, GM**<br>**831 Cowan St.**<br>**P.O. Box 23009**<br>**Nashville, TN 37202** | | **0.19%** | **Shareholder** |
| **Rainen Trust, Michael J.**<br>**1901 W. 47th Pl.**<br>**Suite 104**<br>**Westwood, KS 66205** | | **0.43%** | **Shareholder** |
| **Rainen, William**<br>**4619 W. 88th**<br>**Prairie Village, KS 66207** | | **0.43%** | **Shareholder** |
| **Riley, Sheila E. - Director (CIRI)**<br>**2525 C Street, Suite 500**<br>**P.O. Box 93330**<br>**Anchorage, AK 99509-3330** | | **0.00%** | **Director** |
| **Slagle Family Trust, Tom and Cindy**<br>**7583 Pineridge Lane**<br>**Fair Oaks, CA 95628** | | **0.30%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**November 20, 2009**_____                      Signature **/s/ R. Todd Elmers**_____

                                                                  **R. Todd Elmers**<br>                                                                   **CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet __**1**__ of __**1**__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy